FREUND & BRACKEY LLP
Jonathan D. Freund (SBN 157357)
   *jfreund@freundandbrackey.com*
Craig A. Huber (SBN 159763)
   *cahuber@freundandbrackey.com*
Stephen P. Crump (SBN 251712)
   *scrump@freundandbrackey.com*
427 North Camden Drive
Beverly Hills, CA 90210
Tel: 310-247-2165
Fax: 310-247-2190

Attorneys for Defendants,
   DELICIOUS VINYL, INC., TREVANT HARDSON and DERRICK STEWART

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROMYE ROBINSON, an individual; and IMANI WILCOX, an individual,<br><br>   Plaintiff,<br><br>v.<br><br>DELICIOUS VINYL RECORDS, LLC, a California limited liability company; TREVANT HARDSON, an individual; DERRICK STEWART, an individual; and DOES 1–50,<br><br>   Defendants. | Case No.: 2:13-CV-04111-CAS-PLA<br><br>**DECLARATION OF TREVANT HARDSON IN SUPPORT OF OPPOSITION TO EX PARTE APPLICATION FOR ORDER TO SHOW CAUSE WHY DEFENDANTS SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING PRELIMINARY INJUNCTION** |

///

///

///

1

DECLARATION OF TREVANT HARDSON

///
///
///

## DECLARATION

I, TREVANT HARDSON, hereby declare as follows:

1. I am a Defendant in the above-captioned action. I have personal knowledge of the facts set forth herein, except where specifically stated to be by information and belief, and if sworn as a witness, could and would testify competently thereto. I offer this Declaration in support of Defendants DELICIOUS VINYL, INC., TREVANT HARDSON and DERRICK STEWART's Opposition to Plaintiffs ROMYE ROBINSON and IMANI WILCOX's Ex Parte Application for Order to Show Cause Why Defendants Should Not Be Held in Contempt of Court for Violating Preliminary Injunction.

2. I am aware of the terms of the Amended Preliminary Injunction entered September 24, 2013, specifically that I am not to use the Pharcyde Marks in connection with my live performances unless it is to publicly assert that I am a former member of the group.

3. I am aware that Plaintiffs' counsel sent two letters dated March 24, 2014 and April 16, 2014. I have received those letters through my attorneys and reviewed the offending advertisements. Each of these advertisements appear to be created by third-party promoters of live appearances I was to have made with Defendant DERRICK STEWART ("Fatlip") as part of a Canadian tour with rap group Slum Village called "Welcome to Dillaville" with our musical group Bizarre Ride Live.

4. Each one of my artist riders attached to engagement agreements with concert venues on the Welcome to Dillaville tour specifically instructs promoters to bill Fatlip and I as "Bizarre Ride Live (featuring Slimkid3 & Fatlip formerly of the Pharcyde)." A true and correct copy of our artist's rider for the Welcome To Dillaville tour is attached hereto as **Exhibit A**.

4. Although the Amended Injunction does not directly obligate me to police third party use of the Pharcyde Marks (see paragraph 3 of Amended Injunction), I recognize that such conduct could perceivably fall under the scope of the Injunction. I thus immediately advised all venues and promoters in Canada with whom I had contractual arrangements to take down any advertisements in violation of the Amended Injunction.

5. Incidentally, each of the shows advertised in Plaintiffs' letter have been postponed due to scheduling matters, so neither myself nor Fatlip have actually performed at these venues nor realized any proceeds therefrom. In advance of any new dates, I will make sure to advise each venue and promoter with whom I have contractual relations to continue complying with our Artist Rider in accordance with

the terms of the Amended Injunction.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 24 day of April 2014 in Portland, Or.

TREVANT HARDSON

## Welcome To Dillaville
w/ Bizarre Ride Live & Slum Village

**Billing & Advertising**

Artist shall receive appropriate billing in any and all publicity releases and paid advertisements, including but not limited to: programs, flyers, signs, lobby boards and marquees, as well as all other displays and publications where Artist's name appears in connection with the engagement herein.

Billing: Welcome To Dillaville w/ Bizarre Ride Live (featuring Slimkid3 & Fatlip formerly of The Pharcyde) & Slum Village
Logo: Bizarre Ride Live
Logo: Slum Village
Logo: Focused Noise
Logo: Clockwork Music

Promoter shall send a copy of the flyer to booking agent for approval to focusednoise@gmail.com.

Agent will have prior approval on any and all radio, television, newspaper and/or magazine interviews (requiring the participation of Artist) in conjunction with this performance.

**CATERING**
**BIZARRE RIDE LIVE:**
Eight (8) clean new white cotton hand towels
Twelve (12) RED BULL
Twelve (12) small bottles of water at the VIP Area
Twelve (12) small bottles of water on Stage / Room Temperature.
Twelve (12) bottles of beer
One (1) bottle of white wine
Ten (10) Sandwiches for after the show.
One (1) Case of Fruits: Apple, Oranges, Bananas etc.
One (1) Case of Sweets like Snickers, Bounty etc.
Plates, Cutlery & Napkins for 6 Peoples
Private VIP area or private dressing room

Or Dinner Buyout $30 USD x 6


**SLUM VILLAGE:**
_Dressing rooms: Purchaser will provide one (1) dressing room for the sole purpose of the artist. Purchaser guarantees that each room will:

**EXHIBIT A**

_Be near sanitary toilets facilities with running water, a supply of hand soap, towels and mirrors.

_Contain all utensils, (cups, plates, and napkins) applicable condiments, food drinks

Dressing room should be set up with the following:

one (1) case of red bull sugar free
two (2) cases of smart water
Electric Tea Pot for Hot Water NO EXCEPTIONS
one (1) box of Yogi Tea "Simply Green Tea or Celestial Seasonings "Authentic Green Tea **NO EXCEPTIONS**
sliced lemons
Two (2) large bags of Chips (Lays or Better Made)
one (1) Fruit basket (bananas, apples, oranges, grapes
one (1) Large bag of raw Almonds
one (1) large bag on Cashew (honey roasted)
Peanut butter
Jelly
one loaf of bread
one (1) fifth of Grey Goose Vodka
two (2) Large bottles of cranberry juice
two (2) Large orange juice
one (1) Large bag of peanut m&m's
one (1) 12 pack of Coke or Pepsi
one (1) 24 pack of Corona


The Purchaser shall provide at his/her sole cost and expense, the following made available for special diet band members of Slum Village **NO EXCEPTION**

two (2) turkey burgers (plain) (T3)
one (1) grilled chicken caeser salad (T3)
2 double Mc Donald's cheeseburgers no pickle no onions, medium fry, medium coke (ILLA J)
two (2) turkey burgers (plain) (Young RJ)
one (1) order of fries (Young RJ)

or Dinner Buyout $30 USD x 4


**SOUND:**

BIZARRE RIDE LIVE:
~~1) Video Projector and On-Stage Screen (10 ft x 12 ft or greater) *Video will~~

**EXHIBIT A**

be fed via VGA from the DJ's Laptop)
2) Two (2) TECHNICS 1200 MKII Turntables (with needles and Serato vinyl) and flight cases to sit the turntables on top of.
3) RANE TTM57 mixer
4) Table for DJ set up
5) Laptop Stand or Mount for DJ's Laptop Computer
6) Two (2) Surge Protectors with at least for outlets each
7) Four (4) Wireless Microphones
8) One (1) hardwired Microphone with and Stand (for keyboard set up)
9) One (1) hardwired Microphone and stand for DJ/VJ
10) Stereo DI for Keyboard
11) Motif 88 keyboard w/ STAND and PIANO BENCH
Stage Plot:
1) DJ Setup - STAGE LEFT
2) Video Projection Screen - REAR CENTER STAGE (Facing Crowd)
3) Keyboard Setup - STAGE RIGHT

SLUM VILLAGE:
Four (4) Shure SM 58 RF (UHF) Microphones
One (1) Rane Mixer TTM57 SL
One (2) Technique 1200
Two (2) Serato Vinyl
Two (2) Shure needles
Laptop Stand
**NO EXCEPTION**

Monitor volume must be accessible to Talent during the performance.
Monitor power must be derived from a source other than that of the house system.
***Please note that stage playback monitors must be firmly attached to the stage and
covered with plastic or cellophane. Artist is not responsible for damage to playback monitors or microphones.
*CONFIGURATION FOR DJ SET-UP MUST BE ADVANCED WITH MANAGEMENT PRIOR TO THE DATE TO MAKE SURE EQUIPMENT IS READY FOR ARTIST

### MERCHANDISING
The following is needed for merchandise for the night of the event:
- One (1) Six foot banquet table in a well lit highly visible area

- Artist retains 100% of all Merchandise Sales

### LODGING
~~Purchaser is responsible for Artist's lodging for Six (6) hotel rooms~~ ~~Six (6) Double~~

**EXHIBIT A**

~~Rooms with King-sized mattress & Complimentary Breakfast will be made in~~ advance and approved by management. Four Star quality hotel rooms are required and the hotel's location must not be further than one (1) mile from the venue and in close proximity to the central shopping district with nearby stores and restaurants within close walking distance. Hotel must have and wifi internet connection. If hotel wifi connection is not complimentary purchaser will cover all wifi costs. Acceptable Hotels: i.e. W Hotel, Intercontinental, Hyatt, Renaissance, Kimpton, Sheraton, ~~Marriott & Double Tree. Absolutely no "Inns".~~

## VISAS

~~Purchaser shall arrange, purchase, obtain, and maintain, during the term of this~~ agreement, any work permits and/or visas for all individuals traveling with the artist.

Purchaser agrees to provide all necessary permits, visas and/or paperwork in order for the Artist and Artist's traveling party to enter through customs/immigration at ~~least three (3) week prior to the Artist departure date.~~

## INCLEMENT WEATHER

~~Notwithstanding anything contained to the contrary herein, inclement weather shall~~ not be deemed a Force Majeure event and PURCHASER shall remain liable for payment to ARTIST of the full GUARANTEE plus all other compensation due hereunder if the performance(s) called for herein is prevented by such weather conditions, if ARTIST cancels the Engagement. For clarification, PURCHASER shall remain responsible for all other terms and conditions of this Agreement, including, without limitation accommodations, transportation, and expense reimbursements for ARTIST and touring party. PURCHASER shall have the sole right to determine in good faith whether any weather conditions shall render the performance(s) ~~impossible, infeasible, hazardous or unsafe.~~

## TRANSPORTATION

~~Purchaser to provide and pay for Runner - local ground transportation between~~ Venue and Hotel in one (1) safe and clean ~~large vehicles~~ for artist and traveling ~~party. (I.E. 15 passenger van or sprinter).~~

## PARKING

Purchaser will provide parking for Two Large vehicles within 20 feet of entry to performance at no expense to artist. Purchaser shall cover any parking expenses for artist at Venue or Hotel at their sole expense

**EXHIBIT A**