1  STEVEN H. HANEY, SBN 121980
   GREGORY L. YOUNG SBN 226293
2  HANEY & YOUNG, LLP
   1055 West Seventh Street
3  Suite 1950
   Los Angeles, California 90017
4  Telephone: 213-228-6500
   Facsimile: 213-228-6501
5  E-mail:    shaney@haneyyoung.com

6  Attorneys for Plaintiffs



FILED
CLERK, U.S. DISTRICT COURT

JUN 1 9 2015

CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11  ROMYE ROBINSON, an                    Case No.: 2:13-cv-04111-CAS-PLA
    individual, and IMANI WILCOX,         *Honorable Christina A. Snyder*
12  an individual,

13                Plaintiffs,
          v.                              **STIPULATED PERMANENT
14                                        INJUNCTION**
    DELICIOUS VINYL RECORDS,
15  LLC, a California Limited Liability
    Company, TREVANT HARDSON,
16  an individual, DERRICK
    STEWART, an individual, and
17  DOES 1-50,

18                DEFENDANTS

19

20

21         1.     Defendants DELICIOUS VINYL, INC., its successors and assigns,

22  on the one hand (hereinafter "DV"), and PLAINTIFFS ROMYE ROBINSON

23  (hereinafter "ROBINSON") and IMANI WILCOX (hereinafter "WILCOX"),

24  their successors, heirs, and assigns, on the other ("ROBINSON" and "WILCOX"

25  are sometimes referred to collectively herein as "PLAINTIFFS" and "DV" and

26  "PLAINTIFFS" are sometimes referred to collectively herein as the

27  "PARTIES"), pursuant to the terms of the March 20, 2015 Settlement

28  Agreement of the Parties, hereby stipulate and agree:

1055 West Seventh Street
Suite 1950
Los Angeles, CA 90017

2.    DV, its agents, employees, related entities, and assigns, including without limitation, its promoters, booking agents, and performance venues, IS HEREBY RESTRAINED AND ENJOINED from DV,  its agents, employees, related entities shall not use any references to "The Pharcyde," "formerly of The Pharcyde," "Bizarre Ride II The Pharcyde," and "LabCabinCalifornia," or any derivative thereto, to promote any performances, including those by Trevant Hardson, p/k/a Slimkid, and/or Derrick Stewart, p/k/a Fatlip. Defendant will not aid, abet, encourage or conspire with any third party to promote, advertise or associate with any performances that reference "The Pharcyde," "formerly of The Pharcyde," "Bizarre Ride II The Pharcyde," and "LabCabinCalifornia." or any derivative thereto, to promote any performances by Trevant Hardson, p/k/a Slimkid, and/or Derrick Stewart, p/k/a Fatlip. For the avoidance of doubt, the use of "Bizarre Ride" and/or "Bizarre Ride Live" by Defendant shall not be deemed a violation of this Agreement. However, if Plaintiffs receive rights to the marks "Bizarre Ride" and/or "Bizarre Ride Live," nothing herein shall preclude Plaintiffs from pursuing a violation of those marks against Defendant from the date for any use after such rights were received. Defendant agrees that it shall not state that Trevant Hardson, p/k/a Slimkid, and/or Derrick Stewart, p/k/a Fatlip are "formerly of the Pharcyde."

3.    DV shall inform all third parties, including promoters, booking agents and performance venues with whom it contracts for the promotion, booking and venues in connection with such performances that it is bound by the terms of this injunction. If DV is made aware of a use of the Pharcyde Marks that violates this injunction then DV will, no later than 48 hours of said notice, instruct said third parties to immediately cease and desist from said conduct. If, after giving such a cease and desist instruction, DV knows or has reason to know that said third parties with whom it contracted with continue to advertise a performance in violation of this injunction, DV, HARDSON and/or STEWART

1  shall not proceed with the performance.

2      4.    DV shall not use Imani Wilcox's p/k/a "Imani" or Romye

3  Robinson's p/k/a "Bootie Brown" names, images, likenesses, or voices in any

4  manner, including but not limited to any performances including those by

5  Trevant Hardson, p/k/a Slimkid, and/or Derrick Stewart, p/k/a Fatlip. DV will

6  not aid, abet, encourage or conspire with any third party to use Imani Wilcox's

7  p/k/a "Imani" or Romye Robinson's p/k/a "Bootie Brown" names, images,

8  likenesses, or voices in any manner, including but not limited to any

9  performances including those by Trevant Hardson, p/k/a Slimkid, and/or

10  Derrick Stewart, p/k/a Fatlip.

11      5.    DV shall not use the Pharcyde Marks or any derivative thereto in

12  connection with the sales, advertising, or promotion of any musical recordings

13  or other merchandise such as apparel or posters.

17  HANEY & YOUNG, LLP               FREUND & BRACKEY, LLP

19  by:_____      by:_____

    Attorneys for Plaintiffs                Attorneys for Defendant,
                                                     Delicious Vinyl, Inc.

21  Dated:    JUN 1 9 2015

                                         _Christine A. Snyde_____

                                         The Hon. Christina A. Snyder
                                         UNITED STATES DISTRICT JUDGE

HANEY & YOUNG, LLP
1055 West Seventh Street
Suite 1950
Los Angeles, CA 90017